UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID F. STROTHER,

        Plaintiff,                     Case Number 12-12900
v.                                         Honorable David M. Lawson
                                            Magistrate Judge Laurie J. Michelson

COLDWELL BANKER MORTGAGE,
JP MORGAN CHASE BANK,
JP MORGAN MORTGAGE
ACQUISITION CORP., WELLS FARGO
BANK MINNESOTA, WACHOVIA
BANK, and DOES NO. 1-10,

        Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT

Presently before the Court is the report issued on November 26, 2012 by Magistrate Judge Laurie J. Michelson pursuant to 28 U.S.C. § 636(b), recommending that the Court dismiss the complaint without prejudice for failure to prosecute and failure to serve the defendants within the time allowed under Federal Rule of Civil Procedure 4(m). Although the magistrate judge's report explicitly stated that the parties to this action may object to and seek review of the recommendation within fourteen days of service of the report, no objections have been filed thus far. The parties' failure to file objections to the Report and Recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation [dkt. #4] is **ADOPTED**.

It is further **ORDERED** that the complaint is **DISMISSED without prejudice**.

        s/David M. Lawson
        DAVID M. LAWSON
        United States District Judge

Dated:   December 17, 2012

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on December 17, 2012.

        s/Shawntel Jackson
        SHAWNTEL JACKSON